# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 2:20 CR 139 |
| | ) | |
| **CHERISSE LAVETTE MITCHELL** | ) | |

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 29), to which the defendant has not objected, and subject to this court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, and defendant's plea of guilty to Count 2 of the Indictment is hereby **ACCEPTED**. A sentencing date will be set under separate order.

                 **SO ORDERED.**

Date: January 6, 2021

                 s/James T. Moody
                 JUDGE JAMES T. MOODY
                 UNITED STATES DISTRICT COURT